**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2035**

In Re:  STANLEY LORENZO WILLIAMS,

                    Petitioner.

On Petition for Writ of Mandamus.  (1:03-cv-00299-TDS-WWD)

Submitted:  March 18, 2011          Decided:  April 6, 2011

Before KING, GREGORY, and DAVIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Stanley Lorenzo Williams, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Lorenzo Williams petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his November 2010 motion seeking enforcement of the court's September 2004 order granting relief in part on his 28 U.S.C. § 2254 (2006) petition. We find there has been no undue delay in the district court. Accordingly, we deny the mandamus petition. Williams' motion to expedite is denied as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED